**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| ARNOLDO ANTONIO GARCIA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AFOD VADEZ, et al.,<br><br>　　　　　　Defendants. | CASE NO. EDCV 14-02533-MWF (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Third Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court finds that Plaintiff's Objections to the Report and Recommendation raise arguments that have been thoroughly addressed in the Report and Recommendation, are without merit, and do not cause the Court to reconsider its decision to accept the Magistrate Judge's

conclusions and recommendations.[1] Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.[2]

**IT IS ORDERED** that (1) Plaintiff's Third Amended Complaint is Dismissed without leave to amend; and (2) Judgment shall be entered dismissing this action with prejudice.

//

//

//

---

[1] For example, Plaintiff alleges that "defendants" "repeatedly refused to make him available for transportation," (objections at 6), but as stated in the Report and Recommendation, these allegations fail to cure the deficiencies of the Third Amended Complaint. Moreover, Plaintiff does not address the fact that Cal. Penal Code § 1381.5 does not apply to his claims, or allege any facts to alter the finding in the Report and Recommendation that the reinstatement of Plaintiff's guilty plea was not based on his failure to appear in Superior Court.

[2] Included in his objections, Plaintiff seeks an order recusing the Magistrate Judge for "not following the law." (Objections at 10). To the extent Plaintiff's request could be construed as a motion to disqualify the Magistrate Judge, the motion is denied. First, Plaintiff did not file an affidavit or sign his objections under penalty of perjury as required by 28 U.S.C. § 144. Second, Plaintiff's disagreement with the Report and Recommendation is not a proper ground for disqualification. See *Liteky v. United States*, 510 U.S. 540, 555 (1994) (Judicial rulings from the action in question, standing alone, "almost never constitute a valid basis" for a motion to disqualify.); *United States v. Johnson,* 610 F.3d 1138, 1148 (9th Cir. 2010) ("Adverse findings do not equate to bias.").

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on Plaintiff and counsel for Defendants.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 31, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE