**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ARNOLDO ANTONIO GARCIA,<br><br>        Plaintiff,<br><br>   v.<br><br>AFOD VADEZ, et al.,<br><br>        Defendants. | CASE NO. EDCV 14-02533-MWF (AS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the above-captioned action is dismissed with prejudice.

DATED: August 31, 2021

                                                  MICHAEL W. FITZGERALD
                                             UNITED STATES DISTRICT JUDGE